FRANK X. LO SACCO *v.* WILLIAM A. LONGO ET AL.
(11268)

DALY, LAVERY and LANDAU, Js.

Argued December 7, 1992—decision released January 12, 1993

*Frank X. Lo Sacco,* pro se, the appellant (plaintiff).

*James M. Tanski,* with whom, on the brief, were *Lois B. Tanzer* and *Caroline Schnog,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

CITY OF DANBURY *v.* JORMAN M. HOVI, TRUSTEE
(11396)

O'CONNELL, FOTI and HEIMAN, Js.

Argued January 5—decision released January 26, 1993

*Jorman M. Hovi,* pro se, the appellant (respondent).

*Richard R. Talbot,* for the appellee (petitioner).

PER CURIAM. The judgment is affirmed.